IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYMOND BLEILER | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 14-2308 |
| DOYLESTOWN HOSPITAL | : | |

# O R D E R

**AND NOW**, this   28th   day of   August  , 2015, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 18), and all papers and exhibits submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Defendant's Motion is **GRANTED**; and

2. **JUDGMENT** is entered in favor of Defendant and against Plaintiff Raymond Bleiler on all claims.  The Clerk of Court is directed to mark this case closed.

**IT IS SO ORDERED**.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**